**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
Case No. 16-1089

JOSEPH PHELPS VINEYARDS LLC

      Appellant,

vs.

FAIRMONT HOLDINGS, INC.

      Appellee.
_____/

## MOTION TO SUBSTITUTE PRINCIPAL ATTORNEY

    Appellee, Fairmont Holdings, Inc., by and through its undersigned counsel, respectfully requests substitution of Kimberly Kolback of Law Offices Of Kimberly Kolback as principal attorney of record for Appellee, in this proceeding. Kimberly Kolback filed a Certificate of Interest with the Court on November 18, 2015.

    Counsel, Miriam Richter, who filed her Entry Of Appearance on November 2, 2015, as principal counsel, shall continue as secondary co-counsel in this proceeding.

    Kimberly Kolback, undersigned counsel for Fairmont, discussed this motion with counsel for Appellant, Joseph Phelps Vineyards LLC, and has been advised that Appellant does not object to this motion.

    A proposed order for entry by the Court is attached to this Motion.

                           Respectfully submitted,

                           Law Offices Of Kimberly Kolback
                           Attorney for Appellee
                           1395 Brickell Avenue, Suite 800
                           Miami, FL  33131
                           Telephone:  (305) 858-2627
                           Email:  kim@kkolbacklaw.com

                           By: /s/Kim Kolback_____
                           KIMBERLY KOLBACK

                           with

Miriam Richter
Miriam Richter, Attorney at Law, P.L.
2312 Wilton Drive
Wilton Manors, FL  33305
Telephone:  954-977-4711
Facsimile:  954-977-4717
Email:  mrichter@RichterTrademarks.com

By:  /s/Miriam Richter/
MIRIAM RICHTER